IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:25-po-014 |
| v. | : | HON. CAROLINE H. GENTRY |
| LAWRENCE T. LEWIS, | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION TO DISMISS

Now comes the United States, by and through counsel, and respectfully requests the Court dismiss the charged citation in the above-captioned case.

Respectfully submitted,

KELLY A. NORRIS
Acting United States Attorney

/s/ Jahan S. Karamali
JAHAN S. KARAMALI (0093800)
Assistant United States Attorney
200 West Second Street, Suite 600
Dayton, Ohio 45402
Phone: (937) 531-6792
Jahan.karamali@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the above Motion to Dismiss was electronically filed on this 27th day of February 2025, using the Court's CM/ECF system, which will send notification of filing to all counsel of record.

/s/ Jahan S. Karamali
JAHAN S. KARAMALI (0093800)
Assistant United States Attorney